# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

LIONEL MCELROY,

    Plaintiff,

v.

WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. and DANIEL SPEIDEL,

    Defendants.

Case No.: 08-4056

**NOTICE OF REMOVAL**

Defendants, Wal-Mart Stores, Inc. and Wal-Mart Associates, Inc. (referred to collectively as "Wal-Mart"), notify the Court that they have removed the above-referenced action from the Iowa District Court in and for Linn County, Case No. LACV062045, pursuant to 28 U.S.C. §§ 1331 and 1441. In support of their removal, Wal-Mart states as follows:

1. This action is being removed to Federal Court based upon federal question jurisdiction.

2. On June 25, 2008, Plaintiff, Lionel McElroy, filed the above-entitled civil action in the Iowa District Court in and for Linn County. Wal-Mart was served the Petition on July 2, 2008. To our knowledge, no other defendant has been served in this action, and therefore all served defendants join in this removal. The action is wholly civil in

nature, the United States District Court for the Northern District of Iowa, Cedar Rapids Division, has original jurisdiction under 28 U.S.C. § 1331, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441.

3. This Court has federal question jurisdiction over the action because Plaintiff's Petition seeks relief under the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*, Title VII, 42 U.S.C. §2000e, *et seq*, and the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2611 *et seq.* Accordingly, this action is removable pursuant to 28 U.S.C. §§ 1331 and 1441. *See* Plaintiff's Petition, Exhibit A.

4. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446 within thirty days of service of the Petition on or about July 2, 2008.

5. Attached as Exhibit "A" and incorporated by reference is a true and correct copy of the pleadings served upon Defendant and removed by this notice.

6. Attached as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal which has been served with this document on all parties and filed with the Iowa District Court in and for Linn County.

7. Attached as Exhibit "C" is Wal-Mart's Notice Regarding State Court Matters pursuant to L.R. 81.

8. Wal-Mart states pursuant to LR 81.1(a)(2) that the only matter pending in the state court at this time is Plaintiff's Petition (Exhibit A).

9. Wal-Mart designates Cedar Rapids, Iowa as the place for trial.

10. Wal-Mart expressly reserves all defenses to Plaintiff's claims, including,

but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defense by this removal.

WHEREFORE, Wal-Mart notifies the Court of the removal of this action from the Iowa District Court in and for Linn County, to the United States District Court for the Northern District of Iowa, Cedar Rapids Division.

Dated this 15th day of July, 2008.

WAL-MART STORES, INC. and WAL-MART ASSOCIATES, INC., Defendant,

By: /s/Heidi A. Guttau-Fox
  Heidi A. Guttau-Fox (IA# 15513)
  (ICIS #AT0003021)
  Christopher R. Hedican (IA# 16099)
  (ICIS #AT0003470)
  Baird Holm LLP
  1500 Woodmen Tower
  Omaha, NE 68102
  402-344-0500
  402-344-0588 (facsimile)
  Hguttau-fox@bairdholm.com

*Attorneys for Defendant.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Removal was sent via regular United States first-class mail, postage prepaid, this 15th day of July, 2008 to the following:

Jeffrey R. Tronvold
Matt J. Reilly
Eells & Tronvold Law Offices, P.L.C.
1921 51st Street NE
Cedar Rapids, IA 52404

                                               /s/Heidi A. Guttau-Fox

DOCS/863753.1

4

Case 1:08-cv-00090-LRR-JSS   Document 1   Filed 07/15/08   Page 4 of 4