# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

LIONEL MCELROY,

    Plaintiff,

v.

WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. and DANIEL SPEIDEL,

    Defendants.

Case No.: C08-CV-0090-LRR

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their attorneys of record, hereby stipulate and agree that this action may be dismissed with prejudice, with each party to pay its own costs and attorney fees. In support of the stipulation, the parties state that they have settled this matter.

    Dated this 2nd day of June, 2009.

WAL-MART STORES, INC., WAL-MART
ASSOCIATES, INC., Defendants,

By: /s/Quinn H. Vandenberg
   Heidi A. Guttau-Fox (IA# 15513)
   (ICIS #AT0003021)
   Christopher R. Hedican (IA# 16099)
   (ICIS #AT0003470)
   Quinn H. Vandenberg (*pro hac vice*)
   Baird Holm LLP
   1500 Woodmen Tower
   1700 Farnam Street
   Omaha, NE 68102
   Telephone: (402) 344-0500
   Facsimile: (402) 344-0588
   Hguttau-fox@bairdholm.com
   chedican@bairdholm.com
   qvandenberg@bairdholm.com


DANIEL SPEIDEL, Defendant

By: /s/Mark P. Hudson
   Mark P. A. Hudson AT0003691
   Shuttleworth & Ingersoll, P.L.C.
   500 U.S. Bank Building, Suite 500
   PO Box 2107
   Cedar Rapids, IA 52406-2107
   Telephone: (319) 365-9461
   Facsimile: (319) 365-8564
   mph@shuttleworthlaw.com


LIONEL MCELROY, Plaintiff

By: /s/Matt J. Reilly
   Matt J. Reilly AT0006541
   Eells & Tronvold Law Offices, P.L.C.
   1921 51st Street N.E.
   Cedar Rapids, IA 52402
   Telephone: (319) 393-1020
   Facsimile: (319) 393-4000
   matt@eells-tronvold.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Jeffrey R. Tronvold
    Matt J. Reilly
    Mark Hudson

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

    None.

                                              /s/Quinn H. Vandenberg

DOCS/914855.2